# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

DARRIN KENNY                          CASE NO.:  3:17-CV-1108
    D.O.C. # 103498                          SECTION P

VERSUS                               JUDGE TERRY A. DOUGHTY

KEITH COOLEY                         MAG. JUDGE KAREN L. HAYES

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted[1],

**IT IS ORDERED**, **ADJUDGED AND DECREED** that the petition for writ of habeas corpus [Doc. No. 1] filed by Darrin Kenny is **DENIED** and **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA,** this 6th day of June, 2018.


                                  **TERRY A. DOUGHTY**
                                  **UNITED STATES DISTRICT JUDGE**

---

[1] Kenny also argued that his charge of aggravated burglary had been changed to aggravated burglary "with a person present". A review of the record shows Mr. Kenny simply referred to the title of the charge in a minute entry. The charge was never changed, so this argument is also dismissed with prejudice.